JUDGE ROMAN
JUDGE REZNIK



# UNITED STATES DISTRICT COURT

for the

Southern District of NY

________ Division

Anthony Sorichetti
Elizabeth Sorichetti

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Town of Lagrange
County of Dutchess
Dutchess County Sheriff Department "see attached"

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26 CV 06767

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
SDNY DOCKET UNIT
2026 AUG -7 PM 2:29

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony + Elizabeth Sorichetti
Address: 1375 Noxon rd.
Lagrangeville (City) N.Y (State) 12540 (Zip Code)
County: Dutchess.
Telephone Number: asorichetti6@aol.com
E-Mail Address: 917 270 3291 917 583 8826

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: VanDewater a VanDewater LLP
Job or Title *(if known)*: Special Prosecutor LagrAnge cort
Address: 80 main st
Poughkeepsie (City) NY (State) (Zip Code)
County: Dutchess
Telephone Number:
E-Mail Address *(if known)*:

☒ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Sarah Ryan (Vandewater)
Job or Title *(if known)*: Special Prosecutor
Address: 80 main st
Poughkeepsie (City) N.Y (State) (Zip Code)
County: Dutchess
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Danielle Strauch (Vandewater)

Job or Title *(if known)*: Special Prosecutor

Address: 80 main St

Poughkeepsie (City) NY (State) (Zip Code)

County: Dutchess

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Joseph Eraile

Job or Title *(if known)*: Special Prosecutor

Address: 80 main st

Poughkeepsie (City) NY (State) (Zip Code)

County: Dutchess

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st 4th 5th 6th 14th

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Began and continued charges without probable cause.
Lagrange town Court Dutchess County Sheriff

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Lagrange town Court

B. What date and approximate time did the events giving rise to your claim(s) occur?

Aug 8 2023 - Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Elizabeth was left unprotected for 353 days created by town court.
Anthony was forced to testify against himself being called as witness in own criminal case.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

emotional distress
dange to reputation

Elizabeth had emergency treatment from stress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory: excess 1 million dollars
punitive for intentional misconduct
Injuctive fix all records stop practices
Declaratory violation of our rights
fees and cost for experts
Any relief court deems proper

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8·7·2026

Signature of Plaintiff [signature] [signature]

Printed Name of Plaintiff Elizabeth Sorichetti Anthony Sorichetti

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ ______________ ______________
*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________



Print Save As... Add Attachment Reset

🏛 UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
(White Plains Division)
ANTHONY SORICHETTI &
ELIZABETH SORICHETTI,
*Plaintiffs*,
v.
VAN DEWATER & VAN DEWATER LLP,
SARAH RYAN, ESQ.,
JOSEPH ERIOLE, ESQ.,
DANIELLE STRAUCH, ESQ.,
TOWN OF LA GRANGE,
REBECCA VALK, ESQ.,
IVAN KHOURY, ESQ.,
CHLOE DERBY, ESQ.,
MARGARET WALKER, ESQ.,
DUTCHESS COUNTY PUBLIC DEFENDER'S OFFICE,
DUTCHESS COUNTY SHERIFF'S OFFICE &
ITS INTERNAL AFFAIRS DIVISION,
KIRK IMPERATI (As Dutchess County Sheriff),
ANTHONY PARISI (As Dutchess County District Attorney),
JEFFREY WRIGHT (As Chief Investigator), and
COUNTY OF DUTCHESS,
*Defendants.*

📋 STATEMENT OF CLAIMS WITH CHRONOLOGICAL CASE TIMELINES

⚖ THE PROSECUTION TRACK (Van DeWater & Van DeWater LLP)

- 1. Sarah Ryan, Esq. (Special Prosecutor)
    - **Allegations:** Initiated and maintained Plaintiff Anthony Sorichetti's first criminal case completely without probable cause before Town Justice Stephen J. O'Hare beginning on **June 6, 2023**. Intercepted a subsequent dismissal stipulation that lacked client or judicial signature blocks on **August 8, 2023**. She either unilaterally altered its substantive terms behind the client's back and forged a modified version containing a clear signature discrepancy for defense counsel Ivan Khoury, and/or actively colluded with prior defense counsel to execute these hidden restrictions without the informed consent or authorization of the client. Placed this altered, un-ordered document into

active files to trigger a false second arrest. Intentionally delayed the neighbor's arraignment until Plaintiff's exact trial date to manipulate case timelines.
  - **Violations:** Fourth Amendment Right to be Free from Unreasonable Seizure (Malicious Prosecution and False Arrest); Fourteenth Amendment Due Process Right to a Fair Judicial Process.
- **2. Danielle Strauch, Esq. (Special Prosecutor)**
  - **Allegations:** Committed evidentiary fraud during the second criminal case (which was initiated without probable cause before Town Justice Stephen J. O'Hare on **September 17, 2024**) by filing two separate Certificates of Compliance (COCs) containing fabricated and misdated face-sheets. Knowingly withheld mandatory police bodycam discovery footage from the defense files to force a trial track on a corrupted discovery foundation.
  - **Violations:** Fourteenth Amendment Due Process Right to a Fair Trial and Honest Discovery Disclosures.
- **3. Joseph Eriole, Esq. (Special Prosecutor)**
  - **Allegations:** Forced a second trial track on a record he knew contained misdated discovery, pushing the case through a trial before Town Justice Stephen J. O'Hare starting **April 29, 2025**, until a mistrial was declared on **May 13, 2025**. Maintained groundless, corrupted charges against Plaintiff for months until a newly retained private defense counsel intervened on **June 23, 2025**, and exposed the defects in a single phone inquiry, forcing the final dismissal on **September 3, 2025**. Called the defendant as his own witness-in-chief to compel self-incrimination. Coached a witness on the stand to lie about discovery timelines. Suppressed a trial photograph from the defense while using it as an exhibit, and deployed an undisclosed property survey. Denied Plaintiff Elizabeth Sorichetti a mandatory Order of Protection at the neighbor's arraignment. Introduced testimony about an unproduced video recording completely withheld from discovery.
  - **Violations:** Fifth Amendment Privilege Against Self-Incrimination; Sixth Amendment Right to Confrontation; Fourteenth Amendment Due Process Right to a Fair Trial.
- **4. Van DeWater & Van DeWater, LLP (Private Law Firm)**
  - **Allegations:** Maintained an official policy and corporate strategy under municipal contracts permitting its prosecutors to initiate groundless charges on **June 6, 2023**, and **September 17, 2024**, alter discovery compliance files, suppress digital metadata, and suborn witness perjury. The firm simultaneously held and controlled both parallel case dockets for a continuous 3-month period. Following the neighbor's arraignment, the firm abruptly dropped Plaintiff Elizabeth Sorichetti's victim case without providing her a prosecutor, entirely failing to notify her who the conflict prosecutor would be, leaving her case completely abandoned and exposed.
  - **Violations:** Fourth, Fifth, Sixth, and Fourteenth Amendment Coordinated Municipal Conspiracy; Fourteenth Amendment Equal Protection and Due Process.

### THE DEFENSE TRACK (Private Counsel & Public Defender)

- **5. Ivan Khoury, Esq. (Prior Defense Counsel)**
  - **Allegations:** Acted under color of state law and failed to challenge a first criminal case initiated completely without probable cause on **June 6, 2023**, before Town Justice Stephen J. O'Hare. He either completely failed to safeguard the client's case

parameters and protect his professional signature from an intercept-and-alter document forgery by the prosecution, and/or actively colluded with Special Prosecutor Sarah Ryan to execute an altered restriction agreement on **August 8, 2023**, without the informed consent or authorization of his client.

- **Violations:** Sixth Amendment Right to Effective Assistance of Counsel; Fourteenth Amendment Due Process.

- **6. Chloe Derby, Esq. (Public Defender)**
  - **Allegations:** Took over Plaintiff's second criminal case (initiated **September 17, 2024**, before Town Justice Stephen J. O'Hare) and forced Plaintiff to trial on **April 29, 2025**, despite having actual notice from Day 1 that the record was corrupted. Refused to demand a ruling on a pending *pro se* motion and suppressed Plaintiff's clean digital evidence to use only the files the prosecutor produced. Allowed the prosecutor to call Plaintiff as a witness-in-chief, deploy a hidden photograph without objection, and permitted a deputy to testify about a video recording completely withheld from discovery, maintaining this deficient representation until Plaintiff was forced to replace her with new private counsel on **June 23, 2025**.
  - **Violations:** Sixth Amendment Right to Effective Assistance of Counsel; Fourteenth Amendment Fair Trial Rights.
- **7. Margaret Walker, Esq. (Head Public Defender)**
  - **Allegations:** Personally intervened following the **May 13, 2025** mistrial and officially issued a formal denial on **June 11, 2025**, rejecting Plaintiff's demand for a digital forensic expert to audit the misdated and corrupted discovery records. This intentional administrative denial blocked a critical scientific metadata review, leaving the defense completely unequipped until Plaintiff retained independent private counsel on **June 23, 2025**, who immediately initiated the track to the **September 3, 2025** dismissal.
  - **Violations:** Sixth Amendment Right to Present a Complete Defense; Fourteenth Amendment Due Process.
- **8. Dutchess County Public Defender's Office (Municipal Department)**
  - **Allegations:** Maintained an administrative custom and practice of deliberate indifference toward client-reported document fraud throughout the **September 17, 2024** case track, forcing Plaintiff to independently finance and hire a private attorney on **June 23, 2025**, to achieve a dismissal on **September 3, 2025**, due to the agency's intentional suppression of defense evidence and denial of forensic expert funding.
  - **Violations:** Sixth and Fourteenth Amendment Systemic Deprivation of Counsel. [1]

**THE SHADOW DOCKET TRACK (Conflict Counsel & Town)**

- **9. Rebecca Valk, Esq. (Town Attorney / Elizabeth's Conflict Counsel)**
  - **Allegations:** Served simultaneously as the LaGrange Town Attorney and court-appointed conflict counsel for crime victim Elizabeth Sorichetti. Coordinated directly with sitting Town Justice Stephen J. O'Hare and Court Clerk Deidre Mance regarding an Order of Protection that was signed by the judge but never uploaded to the New York State E-Justice system. This deliberate omission was confirmed on **September 11, 2025**, when the Dutchess County Sheriff's Office explicitly informed Plaintiffs that the order was completely missing from the law enforcement system, and further confirmed on or about **September 14, 2025**, by Josephine in the District Attorney's Victims Unit.

Explicitly admitted in a written email on **April 23, 2025**, that the neighbor's protective order was not finalized and that a future court date was required for the neighbor's Adjournment in Contemplation of Dismissal (ACD). Despite this statement, she coordinated with Court Clerk Deidre Mance to physically hand Plaintiff Elizabeth Sorichetti the un-registered Order of Protection on **April 29, 2025** (during Plaintiff Anthony Sorichetti's criminal trial rather than an official court date for Elizabeth's own case), which was backdated to **April 1, 2025**. Furthermore, she engineered an off-the-books shadow docket tracking system where an official Certificate of Disposition dated **September 15, 2025**, confirmed "no disposition on record" for the neighbor's case, keeping the file open until **October 1, 2025**, while completely suppressing 3 years of harassment evidence, physical evidence sent to the Sheriff, a critical "bomb report," and police bodycam footage of Elizabeth's victim statement. Refused to charge the neighbor with violating an active protection order.

  - **Violations:** Fourteenth Amendment Equal Protection Clause (Crime Victim Sabotage); Sixth Amendment Right to Un-Conflicted Counsel; Fourteenth Amendment Due Process Conspiracy.

- **10. Town of LaGrange (Municipal Corporation)**
  - **Allegations:** Established and maintained an unconstitutional custom, policy, and practice within the LaGrange Town Court where its Town Attorney, sitting Town Justice Stephen J. O'Hare, and Court Clerk Deidre Mance operate to process protective mandates off the public record. This systemic framework permitted an Order of Protection issued to Plaintiff Elizabeth Sorichetti to be signed by the judge but intentionally withheld from upload to the New York State E-Justice registry system, rendering the mandate completely un-registerable and unenforceable by the Dutchess County Sheriff's Office during active emergency calls, as discovered by the Sheriff's Office on **September 11, 2025**, and confirmed by the DA's Victims Unit on or about **September 14, 2025**. This supported an un-calendared shadow docket system that froze on-the-record *pro se* motions, enabled the backdating of protective instruments to **April 1, 2025**, and allowed court staff to distribute unregistered paperwork outside of proper court dates to insulate the town from public record-keeping and judicial scrutiny.
  - **Violations:** Fourteenth Amendment Due Process (*Monell* Structural Liability).

- **THE GATEKEEPER TRACK (Sheriff & District Attorney)**
- **11. Defendant: Deputy Beyea (Arresting Sheriff's Deputy, Dutchess County Sheriff's Office)**
  - **Allegations:** Acted as the arresting officer on Plaintiff Anthony Sorichetti's second criminal case (initiated without probable cause on **September 17, 2024**) and on the parallel case involving the neighbor. Responded to the scene, failed to locate the notice in the system, left the scene to retrieve it from a substation, and delayed activating his bodycam until his return. Handed the notice to the neighbor, yet submitted an official police report falsely stating she had handed it to him, and provided trial testimony on **April 29, 2025**, before Town Justice Stephen J. O'Hare concerning an unproduced video recording completely withheld from discovery.
  - **Violations:** Fourth Amendment Right to be Free from Unreasonable Seizure (False Arrest and Malicious Prosecution); Fourteenth Amendment Due Process.

- **12. Dutchess County Sheriff's Office & Internal Affairs Division**
  - **Allegations:** Accepted an out-of-court, un-ordered civil stipulation lacking a judicial signature and entered it into active files to execute a false second arrest on Plaintiff via Deputy Beyea on **September 17, 2024**. Explicitly stated to Plaintiffs on **September 11, 2025**, that Elizabeth's signed Order of Protection was entirely missing from their registry systems and refused to act upon violations. Refused to investigate an explicit, formal report from the Plaintiffs exposing the document forgery, and its Internal Affairs Division actively suppressed the missing, withheld police bodycam footage from both case dockets to protect the deputies and prosecutors. Permitted its testifying deputy to describe a video recording on the witness stand that the agency intentionally withheld from discovery and failed to preserve or produce for the court record.
  - **Violations:** Fourth Amendment False Arrest and Malicious Prosecution; Fourteenth Amendment Intentional Suppression of Exculpatory Evidence.
- **13. Kirk Imperati (Dutchess County Sheriff)**
  - **Allegations:** Maintained an official policy of deliberate indifference toward evidence handling, document verification, registry uploads, and baseline probable cause standards across the case timelines spanning **September 2024 to September 2025**. Ordered his administrative staff to systematically deny and block all access to his office to shut down the investigation when the Plaintiffs discovered a hidden "bomb report" inside his records department and reported that deputies were enforcing a forged civil stipulation.
  - **Violations:** Fourth and Fourteenth Amendment Supervisory Liability.
- **14. Anthony Parisi (Dutchess County District Attorney)**
  - **Allegations:** Enforced a policy of total institutional silence and physical exclusion to block the Sorichetti family from entering the DA's office to file a complaint regarding the document, timeline, and registry defects—even after his office's own Victims Unit (via Josephine on or about **September 14, 2025**) confirmed that Elizabeth's Order of Protection had been withheld from the state systems. Despite receiving the Plaintiffs' initial formal complaint detailing these ongoing issues via his personal secretary on **January 31, 2025**, he took no investigative action, ignored the notice, and subsequently authorized his staff to bar the family from the premises. **Actively compromised the neutrality of his office by directly instructing the neighbor to contact the Sheriff's Office to manufacture and issue a trespass notice against the Plaintiffs—a procedural mechanism the neighbor admitted she did not know she could acquire—explicitly stating to the neighbor his severe dissatisfaction that Plaintiff Anthony Sorichetti had not been arrested yet, thereby intentionally driving the groundless arrest on September 17, 2024.**
  - **Violations:** Fourth Amendment Right to be Free from Unreasonable Seizure (Malicious Prosecution/False Arrest Conspiracy); Fourteenth Amendment Right to Access the Courts and Petition for Redress. [1]
- **15. Jeffrey Wright (Chief Investigator, DA Office)**
  - **Allegations:** Rerouted all phone calls to his desk to shield the District Attorney. Physically blocked Anthony Sorichetti from entering the suite or presenting the recovered files to suppress the evidence following the initial **January 31, 2025** notification to the office and subsequent system verification failures in **September 2025**.

- **Violations:** Fourteenth Amendment Right to Petition for Redress, First Amendment Interference.

- **16. County of Dutchess (Municipal Corporation)**
  - **Allegations:** Financed, maintained, and tolerated systemic, unconstitutional customs across its core administrative branches, permitting groundless prosecutions to be initiated without probable cause by its District Attorney to satisfy personal dissatisfaction, allowing its Public Defender to deny expert resources on **June 11, 2025**, forcing citizens to privately fund independent counsel on **June 23, 2025**, to rectify institutional defects, permitting its Sheriff's Department to operate with empty databases that fail to protect crime victims as confirmed on **September 11, 2025**, and empowering its District Attorney to physically bar citizens from reporting systemic misconduct despite explicit notifications on **January 31, 2025**, and verification by its Victims Unit on or about **September 14, 2025**.
  - **Violations:** Fourth, Sixth, and Fourteenth Amendment Structural Liability (*Monell*).

## 💰 PRAYER FOR RELIEF (REMEDIES REQUESTED)

**WHEREFORE**, Plaintiffs Anthony Sorichetti and Elizabeth Sorichetti respectfully request that this Court enter judgment against Defendants, granting the following relief:

1. **Compensatory Damages:** Award monetary compensation against all Defendants, jointly and severally, for actual financial losses, out-of-pocket private attorney fees forced by the public defender's deliberate indifference, loss of liberty, emotional distress, damage to reputation, and severe violations of civil rights.
2. **Punitive Damages:** Award punitive damages against the individual Defendants in their individual capacities to punish malicious, willful, and intentional misconduct and to deter future violations of constitutional law.
3. **Injunctive and Declaratory Relief:** Issue an order declaring the defendants' practices unconstitutional, and a permanent injunction ordering the immediate production, registration, and preservation of all withheld electronic records, digital metadata, unproduced videos, and internal affairs files.
4. **Fees and Costs:** Award reasonable attorney's fees, expert witness fees, and all litigation expenses pursuant to 42 U.S.C. § 1988.

## ✍️ PLAINTIFF VERIFICATION BLOCK

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and factual allegations are true, accurate, and correct to the best of my personal knowledge, information, and belief. [1]

Dated: 8·7·2026, 2026

_______________________________

**ANTHONY SORICHETTI**, *Plaintiff Pro Se*

Dated: 8·7·2026, 2026

*Elizabeth Sorichetti*

ELIZABETH SORICHETTI, *Plaintiff Pro Se*